BETTY DAVIS and ROY F. DAVIS, Respondents, v. ALAN V. BOSTFORD and JOSEPH MICHAELS, Appellants.— Judgment and order affirmed, with costs. All concur. (The judgment is for plaintiff in an automobile negligence action. The order denies a motion for a new trial.) Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.

JAMES K. KENNEDY, Respondent, v. CENTRAL SCHOOL DISTRICT No. 1 OF THE TOWNS OF ONONDAGA, MARCELLUS, LAFAYETTE and OTISCO, Appellant.— Order reversed on the law, with ten dollars costs and disbursements, and plaintiff's motion denied, with ten dollars costs. Memorandum: We do not regard this action as involving a " long account," in its legal sense, within the meaning of section 466 of the Civil Practice Act. (*Thibaudeau* v. *City of Niagara Falls*, 239 App. Div. 644; *Hemmerich* v. *City of Geneva*, 251 id. 105.) Although it appears from the bill of particulars that plaintiff's services are capable of itemization, those items do not constitute an account between the parties within the contemplation of the statute. (*Rondall* v. *Sherman*, 131 N. Y. 669, 670; *Spence* v. *Simis*, 137 id. 616, 618; *Steck* v. *Colorado Fuel & Iron Co.*, 142 id. 236, 250; *Snell* v. *Niagara Paper Mills*, 193 id. 433, 436; *Schaffer* v. *City Bank Farmers Trust Co.*, 269 id. 336, 339–342; *Dewey* v. *National Surety Co.*, 222 App. Div. 783; *Pace* v. *Amend*, 164 id. 206, 207, 208.) All concur. (The order grants a motion for a reference, in an action to recover attorneys' fees.) Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.

In the Matter of the Proceeding under the Grade Crossing Elimination Act, for the Elimination of the Existing Highway-Railroad Crossing, etc., in the VILLAGE OF LANCASTER, ERIE COUNTY. (Case No. 5935.) — Orders affirmed, with costs. All concur. (One order directs the elimination of a grade crossing; the other order denies a rehearing.) Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.

KATHLEEN TOOMEY, Respondent, v. WESTERN UNION TELEGRAPH COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur, except Lewis, J., who dissents and votes for reversal on the facts and for granting a new trial on the ground that the finding as to defendant's negligence is against the weight of credible evidence. (The judgment awards damages for personal injuries sustained by reason of an automobile striking the stump of a pole adjacent to a public highway. The order denies a motion for a new trial.) Present — Crosby, Lewis, Cunningham and Taylor, JJ.

ELIJAH H. SALISBURY, Appellant, v. JOHN KAMENUK, Respondent.— Judgment and order affirmed, with costs. All concur. (The judgment is for defendant in an automobile negligence action. The order denies a motion for a new trial.) Present — Crosby, Lewis, Cunningham and Dowling, JJ.